IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JEROME L. GRIMES; and LUCY MAE              No. C 12-80191M CW
GRIMES, decedent,
                                            ORDER RETURNING
        Plaintiffs,                         COMPLAINT TO
                                            PLAINTIFF
   v.

JAMAL STARNES, et al.,

        Defendants.
_____/
```

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

>  (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>
>  (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
>  (3) a court order for the defendants to be subjected to a lie detector test;
>
>  (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the instant complaint, C12-80191M, filed by Mr. Grimes, on behalf of himself and a decedent, Lucy Mae

Grimes. Mr. Grimes appears to suggest that the pre-filing order does not apply to this complaint because of his "in custody status." However, Mr. Grimes does not state that he is presently detained or being held in custody and instead mailed the complaint from the San Francisco General Hospital, where he appears to represent that Ms. Grimes passed away on July 21, 2012.

The Court finds that it alleges that Defendants are engaged in covert terrorism and that they conspired with a diverse group of others to commit acts of terror against Mr. Grimes and others. It also seeks a court order for all Defendants to be subjected to a lie detector test. Mr. Grimes alleges no cognizable causes of action. In addition, pro se litigants are not permitted to represent others in federal court and thus Mr. Grimes may not bring claims on behalf of Ms. Grimes or her estate.[1] Because the complaint concerns multiple matters mentioned in the pre-filing order and present no cognizable causes of action, the Clerk of the Court is ordered not to file it. Instead, the complaint shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: 2/27/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Mr. Grimes appears to be attempting to bring the claims on behalf of Ms. Grimes directly and not on behalf of her estate. He does not allege that he is the personal representative of her estate.

2